**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1084**

RENEE R. BERRY,

              Plaintiff – Appellant,

        v.

GARY LOCKE, Secretary, Department of Commerce,

              Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia at Alexandria. James C. Cacheris, Senior
District Judge. (1:08-cv-00459-JCC-TRJ)

Submitted: July 27, 2009          Decided: August 17, 2009

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Renee R. Berry, Appellant Pro Se. Leslie Bonner McClendon,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renee R. Berry appeals the district court's order granting the Defendant's motion to dismiss and dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Berry v. Locke, No. 1:08-cv-00459-JCC-TRJ (E.D. Va. Nov. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2